IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| KAUSIWA ARSHAD,       )<br>                   )<br>   Plaintiff,    )<br>                   )<br>   v.           )<br>                   )<br>STATE OF ALABAMA DEPARTMENT )<br>OF CORRECTIONS, et al.,  )<br>                   )<br>   Defendants.   )| CIVIL ACTION NO.<br>2:12cv635-MHT<br>(WO) |

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 40) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 38) is adopted.

(3) Plaintiff's motion for default judgment and for summary judgment (Doc. No. 31) is denied.

(4) Defendants' motion for summary judgment (Doc. No. 34) is granted.

(5) Judgment is entered in favor of defendants and
    against plaintiff, with plaintiff taking nothing
    by her complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of November, 2013.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE